UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br>CDCR #F-73072,<br><br>         Plaintiff,<br><br>vs.<br><br>C. IMADA, D. PARAMO, COVEL,<br><br>         Defendants. | Case No.: 3:21-mc-00060-DMS<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CIVIL ACTION SUBJECT TO PREFILING ORDER** |

On January 11, 2021, Plaintiff Allen Hammler, proceeding *pro se* and while incarcerated at California State Prison, Corcoran, filed this civil rights action pursuant to 42 U.S.C. § 1983 (Compl., ECF No. 1), together with a Request to File Civil Action Subject to Prefiling Order (ECF No. 2).

Plaintiff is subject to the following pre-filing order issued by the Court on August 13, 2019:

> Allen Hammler must seek and obtain leave of the presiding judge of the appropriate Court, prior to filing any new actions, against any defendant, in any forum in the State of California, based upon, or related in any way, to lawsuits alleging civil rights violations, lawsuits against prison officials, or federal habeas petitions.

*Hammler v. Alvarez*, No. 18-cv-0326-AJB-WVG, ECF No. 63 at 7 (S.D. Cal. Aug. 13,

2019).

Plaintiff is hereby **GRANTED** leave to proceed. The Court directs the Clerk of Court to open a new civil case and file Plaintiff's Complaint (ECF No. 1) in that case. At that time, Plaintiff's Complaint may be subject to *sua sponte* screening pursuant to 28 U.S.C. § 1915. All further filings shall be made in the new civil case only.

**IT IS SO ORDERED.**

Dated: January 27, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court